**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | | |
|---|---|---|
| In re: UNION ORR, LLC | § | Case No. 16-36619-CGM |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 16, 2016. The undersigned trustee was appointed on September 19, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     3,804,164.23

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 843,118.66 |
    | Administrative expenses | 55,950.00 |
    | Bank service fees | 7,287.66 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]    $ | 2,897,807.91 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/27/2017 and the deadline for filing governmental claims was 03/15/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $137,374.93. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $137,374.93, for a total compensation of $137,374.93.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $497.99, for total expenses of $497.99.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/21/2018        By: /s/MARK S. TULIS
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-36619-CGM  
**Case Name:** UNION ORR, LLC  

**Period Ending:** 03/21/18

**Trustee:** (520752) MARK S. TULIS  
**Filed (f) or Converted (c):** 09/16/16 (f)  
**§341(a) Meeting Date:** 10/13/16  
**Claims Bar Date:** 01/27/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Vacant Lots 1225 Route 300, Newburgh, NY<br>1225 Route 300 (Union Avenue), Newburgh, NY 12550<br>SBL #'s: 96-1-96; 96-1-7; 96-1-8; 96-1-9; 95-1-36 & 95-1-37.2 | 3,300,000.00 | 0.00 | | 3,804,164.23 | FA |
| 1  Assets  Totals (Excluding unknown values) | **$3,300,000.00** | **$0.00** | | **$3,804,164.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/21/18: Revisions to TFR

3/20/18: Prepare TFR

2/14/18: Mail estate tax returns to NYS and IRS. (Electronic filing was rejected.)

2/9/18: Sign and return authorization to file electronically file estate tax returns to accountants.

1/5/18: Send documents to accountants for preparation of estate tax returns.

2/10/17: The trustee commenced an adversary proceeding to subordinate the debtor's principal's purported mortgage on the vacant lots and is moving to recharacterize or reduce the primary claim against the property. Once these matters are resolved, the property will be sold.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018          **Current Projected Date Of Final Report (TFR):**   March 20, 2018  (Actual)

Printed: 03/21/2018 10:52 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-36619-CGM  
**Case Name:** UNION ORR, LLC

**Taxpayer ID #:** **-***1341  
**Period Ending:** 03/21/18

**Trustee:** MARK S. TULIS (520752)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $1,962,540.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/17 | {1} | CPK Union LLC | Deposit for purchase of vacant lots | 1110-000 | 100,000.00 | | 100,000.00 |
| 12/27/17 | | To Account #******3067 | TRANSFER OF FUNDS | 9999-000 | | 100,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 100,000.00 | |
| | | | **Subtotal** | | 100,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/21/2018 10:52 AM   V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 16-36619-CGM | | Trustee: | MARK S. TULIS (520752) |
|---|---|---|---|---|
| Case Name: | UNION ORR, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3067 - Checking Account |
| Taxpayer ID #: | **-***1341 | | Blanket Bond: | $1,962,540.00  (per case limit) |
| Period Ending: | 03/21/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/17 | {1} | Union Realty of Newburgh LLC | Deposit for purchase of vacant lots (competing bid) | 1110-000 | 100,000.00 | | 100,000.00 |
| 12/13/17 | | Union Realty of Newburgh LLC | Sale of vacant lots | | 2,805,095.57 | | 2,905,095.57 |
| | {1} | | SALE OF DEBTOR'S REAL PROPERTY    3,704,164.23 | 1110-000 | | | 2,905,095.57 |
| | | | Recording satisfaction of mortgage    -250.00 | 2500-000 | | | 2,905,095.57 |
| | | Peoples United Bank, N.A. | Mortgage payoff    -843,118.66 | 4110-000 | | | 2,905,095.57 |
| | | Orange County Clerk | NYS transfer tax    -15,200.00 | 2500-000 | | | 2,905,095.57 |
| | | Orange County Clerk | NYS mansion tax    -38,000.00 | 2500-000 | | | 2,905,095.57 |
| | | Updike Kelly & Spellacy, PC | People's United Bank's attorney fee    -2,500.00 | 2500-000 | | | 2,905,095.57 |
| 12/19/17 | 101 {1} | CPK Union, LLC | Refund of deposit | 1110-000 | -100,000.00 | | 2,805,095.57 |
| 12/27/17 | | From Account #******3066 | TRANSFER OF FUNDS | 9999-000 | 100,000.00 | | 2,905,095.57 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,438.35 | 2,903,657.22 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,164.38 | 2,900,492.84 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,684.93 | 2,897,807.91 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,905,095.57 | 7,287.66 | $2,897,807.91 |
| Less: Bank Transfers | | 100,000.00 | 0.00 | |
| **Subtotal** | | 2,805,095.57 | 7,287.66 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $2,805,095.57 | $7,287.66 | |

| Net Receipts : | 2,905,095.57 |
|---|---|
| Plus Gross Adjustments : | 899,068.66 |
| Net Estate : | $3,804,164.23 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3066 | 100,000.00 | 0.00 | 0.00 |
| Checking # ******3067 | 2,805,095.57 | 7,287.66 | 2,897,807.91 |
| | $2,905,095.57 | $7,287.66 | $2,897,807.91 |

{} Asset reference(s)                                                                                                                                         Printed: 03/21/2018 10:52 AM    V.13.30

# EXHIBIT C

### Case: 16-36619-CGM    UNION ORR, LLC

Claims Bar Date:   01/27/17

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | MARK S. TULIS, P.C.<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br>\<2100-00   Trustee Compensation\>,  200 | Admin Ch. 7<br>09/16/16 |  | $137,374.93<br>$137,374.93 | $0.00 | $137,374.93 |
|  | MARK S. TULIS<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br>\<2200-00   Trustee Expenses\>,  200 | Admin Ch. 7<br>09/16/16 |  | $497.99<br>$497.99 | $0.00 | $497.99 |
|  | TULIS WILKES HUFF & GEIGER LLP<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br>\<3110-00   Attorney for Trustee Fees (Trustee Firm)\>,  200 | Admin Ch. 7<br>09/16/16 |  | $46,700.00<br>$46,700.00 | $0.00 | $46,700.00 |
|  | TULIS WILKES HUFF & GEIGER LLP<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br>\<3120-00   Attorney for Trustee Expenses (Trustee Firm)\>,  200 | Admin Ch. 7<br>09/16/16 |  | $173.20<br>$173.20 | $0.00 | $173.20 |
|  | PKF O'CONNOR DAVIES, LLP<br>500 MAMARONECK AVENUE<br>SUITE 301<br>HARRISON, NY 10528<br>\<3410-00   Accountant for Trustee Fees (Other Firm)\>,  200 | Admin Ch. 7<br>09/16/16 |  | $10,979.50<br>$10,979.50 | $0.00 | $10,979.50 |
|  | PKF O'CONNOR DAVIES, LLP<br>500 MAMARONECK AVENUE<br>SUITE 301<br>HARRISON, NY 10528<br>\<3420-00   Accountant for Trustee Expenses (Other Firm)\>,  200 | Admin Ch. 7<br>09/16/16 |  | $11.74<br>$11.74 | $0.00 | $11.74 |
| 1 | CPK Union LLC<br>c/o Kenneth M. Lewis, Esq.,Lewis Law<br>PLLC,220 White Plains Road,Second Floor<br>Tarrytown, NY 10591<br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>11/14/16 | Amended by claim #1-2 | $1,690,815.96<br>$0.00 | $0.00 | $0.00 |
| 1 -2 | CPK Union LLC<br>c/o Kenneth M. Lewis, Esq.,Lewis Law<br>PLLC,220 White Plains Road,Second Floor<br>Tarrytown, NY 10591<br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>11/14/16 | Reduced pursuant to order dated 9/22/17. | $1,690,815.96<br>$1,200,000.00 | $0.00 | $1,200,000.00 |

# EXHIBIT C

### Case: 16-36619-CGM    UNION ORR, LLC

Claims Bar Date: 01/27/17

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Peoples United Bank, N.A. Kevin J. McEleney, Esq.,Updike, Kelly & Spellacy, P.C.,100 Pearl Street, P.O. Bo Hartford, CT 06123-1277 <4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured 01/03/17 | The remainder of this claim was paid by the debtor's principal. | $1,041,748.14 $843,118.66 | $843,118.66 | $0.00 |
| INTEREST | Thomas & Gloria Amodeo 14 Stern Drive Newburgh, NY 12550 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 09/16/16 | | $1,502,070.55 $1,502,070.55 | $0.00 | $1,502,070.55 |
| | | | Case Total: | | $843,118.66 | $2,897,807.91 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-36619-CGM
Case Name: UNION ORR, LLC
Trustee Name: MARK S. TULIS

**Balance on hand:**  $  2,897,807.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Peoples United Bank, N.A. | 1,041,748.14 | 843,118.66 | 843,118.66 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  2,897,807.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MARK S. TULIS, P.C. | 137,374.93 | 0.00 | 137,374.93 |
| Trustee, Expenses - MARK S. TULIS | 497.99 | 0.00 | 497.99 |
| Attorney for Trustee, Fees - TULIS WILKES HUFF & GEIGER LLP | 46,700.00 | 0.00 | 46,700.00 |
| Attorney for Trustee, Expenses - TULIS WILKES HUFF & GEIGER LLP | 173.20 | 0.00 | 173.20 |
| Accountant for Trustee, Fees - PKF O'CONNOR DAVIES, LLP | 10,979.50 | 0.00 | 10,979.50 |
| Accountant for Trustee, Expenses - PKF O'CONNOR DAVIES, LLP | 11.74 | 0.00 | 11.74 |

Total to be paid for chapter 7 administration expenses:  $  195,737.36
Remaining balance:  $  2,702,070.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  2,702,070.55

**UST Form 101-7-TFR (05/1/2011)**

16-36619-cgm    Doc 45    Filed 04/16/18    Entered 04/16/18 11:58:00    Main Document
Pg 9 of 10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,702,070.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,702,070.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CPK Union LLC | 0.00 | 0.00 | 0.00 |
| 1 -2 | CPK Union LLC | 1,200,000.00 | 0.00 | 1,200,000.00 |
| INTEREST | Thomas & Gloria Amodeo | 1,502,070.55 | 0.00 | 1,502,070.55 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,702,070.55 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**